SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 13 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24CR95LG-BWR

GARET KIRK URBAN  26 U.S.C. § 5861(d)

**The Grand Jury charges:**

On or about July 17, 2024, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GARET KIRK URBAN**, knowingly possessed a firearm, to-wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 28, United States Code, Section 2461; Title 49, United States Code, Section 80303; and Title 26, United States Code, Section 5872.

*(signature)*
TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of August 2024.

*(signature)*
UNITED STATES MAGISTRATE JUDGE